N.E.2d 67. On motion for reconsideration. Motion denied.

RESNICK and PFEIFER, JJ., dissent.

**2004–1227. Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 03–1459–GAA–TA, 94–987–GAA–IR, 96–1113–GAA–TA, and 98–222–GAG–CR. Reported at 105 Ohio St.3d 1211, 2005-Ohio-1023, 823 N.E.2d 872. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**2004–1332. State ex rel. Harris v. Horvath.**
Lorain App. No. 03CA008403. Reported at 105 Ohio St.3d 185, 2005-Ohio-1149, 824 N.E.2d 76. On motion for reconsideration. Motion denied.

**2004–2136. Cuyahoga Cty. Veterans Serv. Comm. v. State.**
Franklin App. No. 03AP–1251, 2004-Ohio-6124. Reported at 105 Ohio St.3d 1470, 2005-Ohio-1186, 824 N.E.2d 540. On motion for reconsideration. Motion denied.

O'CONNOR, O'DONNELL and LANZINGER, JJ., dissent.

**2005–0186. Hawk v. Am. Elec. Power Co.**
Allen App. No. 1–04–65, 2004-Ohio-7042. Reported at 105 Ohio St.3d 1473, 2005-Ohio-1186, 824 N.E.2d 542. On motion for reconsideration. Motion denied.

## DISCIPLINARY CASES

**2005–0398. Disciplinary Counsel v. Watson.**
On motion to strike objections and brief in support. Motion denied.

MOYER, C.J., LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### May 26, 2005

[Cite as *05/26/2005 Case Announcements,* 2005-Ohio-2579.]

## DISCIPLINARY CASES

**2005–0835. Trumbull Cty. Bar Assn. v. Costanzo.**
On May 9, 2005, and pursuant to Gov.Bar R. V(5a)(A)(1)(b), relator, Trumbull County Bar Association, filed with this court a motion for interim remedial suspension pursuant to Gov.Bar R. V(5a), alleging that respondent, Maridee L. Costanzo, has committed numerous violations of the Code of Professional Responsibility and she poses a substantial threat of serious harm to her clients and the public.

Upon consideration thereof and pursuant to Gov.Bar R. V(5a)(B), it is ordered and decreed that an interim remedial suspension be immediately entered against Maridee L. Costanzo, Attorney Registration No. 0058688, last known business address in Warren, Ohio, and that the suspension be effective as of the date of this entry, pending final disposition of disciplinary proceedings predicated on the conduct threatening the serious harm.

IT IS FURTHER ORDERED that Maridee L. Costanzo, immediately cease and desist from the practice of law in any form and is hereby forbidden to appear on behalf of another before any court, judge, commission, board, administrative agency or other public authority.

IT IS FURTHER ORDERED that, effective immediately, she be forbidden to counsel or advise, or prepare legal instruments for others or in any manner perform legal services for others.

IT IS FURTHER ORDERED that she is hereby divested of each, any and all of the rights, privileges and prerogatives customarily accorded to a member in good standing of the legal profession of Ohio.

IT IS FURTHER ORDERED that, pursuant to Gov.Bar R. X(3)(G), respondent shall complete one credit hour of continuing legal education for each month, or portion of a month of the suspension. As